DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| 193P10-2 | State v. Rajohn Almann Cruz | 1. Def's *Pro Se* Motion for NOA (COAP13-514) | 1. Dismissed *Ex Mero Motu* |
|---|---|---|---|
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of COA | 2. Dismissed **Beasley, J. Recused** |
| 207P13 | Donald L. Haynesworth v. American Express Travel Related Services Company, Inc., and Ann E. Dodd | 1. Plt's NOA Based Upon a Constitutional Question (COA12-472) | 1. - - - |
| | | 2. Plt's Petition in the Alternative for *Writ of Certiorari* to Review the Order of COA | 2. Denied |
| | | 3. Defs' Motion to Dismissed Appeal | 3. Allowed |
| 212P13-2 | State v. Lionel A. Telfort | Def's *Pro Se* Petition for Re-hearing of Denial of Petition for *Writ of Certiorari* | Dismissed |
| 232P13 | State v. Bruce Tyler Murchison | 1. State's Motion for Temporary Stay | 1. Allowed **05/28/13** |
| | | 2. State's Petition for *Writ of Supersedeas* (COA12-1321) | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA12-1321) | 3. Allowed |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 (COA12-1321) | 4. Allowed |
| 234A13 | State of N.C. ex rel. Utilities Commission v. Attorney General, et. al. | 1. Motion for Admission of Joseph K. Reid, III *Pro Hac Vice* | 1. Allowed **09/25/13** |
| | | 2. Motion for Leave to File Brief Under Seal | 2. Allowed **09/25/13** |
| 235P13 | State v. Anthony Dwayne Hairston | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-985) | Denied |